UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                          Judgment Creditor,<br>     v.<br>JASON PUGH,<br>                          Judgment Debtor. | 11 CR 0318-01 (JGK)<br><br>**STIPULATION AND<br>ORDER FOR VOLUNTARY<br>ASSIGNMENT OF EARNINGS** |

WHEREAS, on August 11, 2011, the United States of America obtained a judgment against the judgment debtor, JASON PUGH, in the amount of $75,700.00, for which the outstanding balance is $62,586.90, and the parties have agreed to voluntary automatic deduction of 10% per pay period from JASON PUGH's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that JASON PUGH's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of JASON PUGH's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for JASON PUGH, 11 CR 0318-01.

Dated: November 8, 2024
       New York, New York

_____
JASON PUGH
*Judgment Debtor*

DAMIAN WILLIAMS
United States Attorney

_____
MELISSA CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

1/8/25